## 23859. CLARK v. THE STATE.

MACINTYRE, J. The defendant was convicted of the offense of possessing alcoholic, spirituous, and intoxicating liquors, and his motion for a new trial embraced the usual general grounds only. The evidence authorized the verdict, and the court did not err in overruling the motion for a new trial. *Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED OCTOBER 26, 1934.

*Mann, Mann, Luther T. Mann,* for plaintiff in error.
*John C. Mitchell, solicitor-general,* contra.

## 23886. DANIEL et al. v. THE STATE.

MACINTYRE, J. The defendant was convicted of assault and battery, and his motion for a new trial embraced the usual general grounds only. The evidence authorized the verdict, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Guerry, J., concur.*

DECIDED OCTOBER 26, 1934.

*Lawton E. Bracewell, R. I. Stephens,* for plaintiff in error.
*Lester F. Watson, solicitor, R. Earl Camp,* contra.